UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LOTVER TARAX JUAREZ,

       Petitioner,

    v.                           Case No.:  2:26-cv-01155-SPC-DNF

MARKWAYNE MULLIN *et al.*,

       Respondents.

_____/

## <u>OPINION AND ORDER</u>

Before the Court is petitioner Lotver Tarax Juarez's Amended Petition for Writ of Habeas Corpus (Doc. 4), the government's response (Doc. 10), and Tarax Juarez's reply (Doc. 11).

Tarax Juarez is a native and citizen of Guatemala who entered the United States on June 8, 2019.  On April 7, 2026, Immigration and Customs Enforcement ("ICE") agents arrested Tarax Juarez at a gas station.  On April 13, 2026, he filed a habeas petition, asserting his immigration detention without a bond hearing violated the Immigration and Nationality Act and the Fifth Amendment.  But Tarax Juarez is no longer in ICE custody.  ICE turned him over to the U.S. Marshal Service while he awaits trial on charges of assaulting/resisting a federal officer.

The respondents argue Tarax Juarez's habeas petition is moot.  Tarax Juarez presents several arguments against mootness, but none are successful.

The government has filed an immigration detainer, so it appears ICE intends to take Tarax Juarez back into custody when the Marshal Service releases him. But the material facts of this case might change by then. Tarax-Juarez's master calendar hearing is scheduled for May 4, 2026. The results of that hearing could drastically alter the legality of further immigration detention. The Court cannot speculate whether future detention will be lawful and what process Tarax Juarez will be entitled to if ICE re-detains him.

Accordingly, this action is **DISMISSED as moot**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on April 27, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record